QUICKIE, LLC, Plaintiff–Appellant,

v.

**GREENBERG TRAURIG, LLP, Defendant–Appellee,**

and

**Thelen Reid Brown Raysman & Steiner L.L.P. (formerly known as Thelen Reid & Priest L.L.P.), and Robert E. Krebs, Defendants.**

No. 2010–1407.

United States Court of Appeals, Federal Circuit.

Feb. 24, 2011.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).